# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ELIZABETH ADCOCK**                                              **PLAINTIFF**

V.                            **No. 4:21-CV-00332-ERE**

**COMMISSIONER OF SOCIAL SECURITY**                         **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand *(Doc. 12)* is GRANTED. Accordingly, the Commissioner's decision is reversed and this case is REMANDED. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 14th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE